ROBERT M. LEWIS et al., Plaintiffs, v. BORG-WARNER CORP. et al., Defendants and Third-Party Plaintiffs-Appellants. RHEEM MANUFACTURING Co. et al., Third-Party Defendants-Respondents.—

Rabin, Acting P. J., Hopkins, Munder and Benjamin, JJ., concur; Martuscello, J., dissents and votes to affirm the order upon the opinion of the Special Term. [64 Misc 2d 454.]